# Exhibit 1 to
# Declaration of James Bopp, Jr.
# Law Officer Article

# Source:
https://www.lawofficer.com/two-georgia-counties-using-same-software-of-michigan-counties-encounter-software-glitches/

LAW OFFICER EXCLUSIVES                                                Wednesday, November 11, 2020    [facebook] [twitter] [linkedin] [instagram]   Login   Register

HOME | ARCHIVES | CASTRO ART | ABOUT US | CONTACT



### LATEST                                                        Filter



Two Georgia counties using same software of Michigan counties encounter software glitches
NOVEMBER 7, 2020



ADVERTISEMENT


Police And Crime Issues Swayed Voters
NOVEMBER 11, 2020


Portland commissioner said most 911 calls are unnecessary, then calls 911 when Lyft cancels her ride
NOVEMBER 11, 2020


Nevada woman accused of killing baby daughters to harvest organs
NOVEMBER 11, 2020


Whistleblowers in Pennsylvania and Nevada stick to their accounts

Home > News

# Two Georgia counties using same software of Michigan counties encounter software glitches

by **Law Officer**   —   November 7, 2020   in News   👍 3.8k   👎 160   💬 0

| 8k | Virus protection software | Notebook Computer | Law enforcement products | Law enforcement jobs |
| Child Custody | Child custody law | 8k | Virus protection software | Notebook Computer | Law enforcement |





(YouTube)

**7.8k** SHARES   **22.2k** VIEWS

 Share on Facebook    Tweet    Follow us    Share    Share On Parler

**GEORGIA —** Two Georgia counties using the same electronic voting software as a Michigan county that experienced a glitch have also reported encountering glitches during the 2020 election.

Voting machines crashed in Georgia's Spalding and Morgan Counties on Tuesday morning because of

a Politico.

"That is something that they don't ever do. I've never seen them update anything the day before the election," said Marcia Ridley, elections supervisor at Spalding County Board of Election.

Ridley added that she did not know what the upload contained.

- **MICHIGAN SOFTWARE GLITCH TALLIES THOUSANDS OF REPUBLICAN VOTES AS DEMOCRAT, GOP CHAIRWOMAN SAYS**

The report said that the Georgia counties used software made by Dominion Voting Systems — the same software used in most Michigan counties, according to the Detroit Free Press.

Dominion Voting Systems is also used in Michigan's Antrim County, the Detroit Free Press reported.

In Antrim County, a glitch caused about 6,000 Michigan ballots that were meant for Republican candidates to be wrongly counted for Democrats, Michigan Republican Party chairwoman Laura Cox said. Moreover, the GOP leader added that 47 other counties in Michigan used the same software that experienced the reported glitch.

The glitch, which "caused a miscalculation of the votes" in Antrim County, was so detrimental that it had actually caused the county to flip blue in favor of Joe Biden. The presidential election results have since been corrected, flipping the county back from Biden to President Donald Trump.

On Friday, a Republican county official in Michigan's Oakland County said he found out that he won reelection in a race he initially thought was lost, because a computer glitch was fixed, Breitbart reported.

- **SCOTUS ORDERS PENNSYLVANIA BALLOTS RECEIVED AFTER ELECTION DAY BE SEGREGATED**

As for Georgia, the state reportedly implemented Dominion Voting Systems, as well as KnowInk — which makes electronic poll books to sign in voters — in every county for the first time this year.

What Are Your Thoughts?

20 Comments                                            Sort by  Top

Add a comment...

**Ken Wagner**
time to have a new election with no mail in voting
Like · Reply · 1 · 2d

**Sandra Jean Anne**
Honestly, stop whining and get off the pot. Really, let the recounts happen and deal with the results. I do think the elf on the shelf was observing the absentee ballots being counted. But, and I do mean but; if the recounts reveal the same votes for the win for Biden, what will Donald do?
Like · Reply · 2d

**Denise Kinsey**
You mean President Trump?
Like · Reply · 2 · 1d

**David James**
President Trump will comply with Congress or the Supreme



https://www.lawofficer.com/two-georgia-counties-using-same-software-of-michigan-counties-encounter-software-glitches/ 2/6


So the story says they found an error - and corrected it by moving 6,000 votes back from Biden to Trump. Trump still loses. Done. If they found more errors, they would have fixed them to.

Like · Reply · 2d


**David James**
Hmm, multiply 6000 by 47 counties that had the same "glitch." Biden still wins? Nah. You refuse to accept the fact that the "glitches" aren't. They're deliberate, premeditated attempts to steal votes.

Like · Reply · 18h


**Jamie Rio**
Recount every vote if needed.

Like · Reply · 3 · 2d


**Wyman Nash**
TIME For a NEW ELECTION we have people all over the country in offices that should not be their and people that should be in them offices out NEW ELECTION

Like · Reply · 1 · 3d


**Lawrence N Freedom Grim**
Manual recount!, GA, PA, WI, MI, NV, AZ

Like · Reply · 7 · 3d


**Peter Short**
What's happens if Joe Biden is impeached for colluding with the Russians & Chinese

Like · Reply · 7 · 3d


**Jeff Ianitello**
You mean "arrested"... he would have to be president to be impeached.

Like · Reply · 3 · 2d


**Winson Thai**
Time for a recount

Like · Reply · 6 · 3d


**Diane Ginder**
Republicans in House and Senate give Biden nothing he wants, Vote no to every resolution bill whatever they send thru the house, or senate give Biden a Stalemate Presidency!!! Don't cooperate in any way what so ever... Let American Peoples voices be heard Loud and clear he not what we wanted... Make his 4 years hell in the white house, try to Impeach him every chance you can get... Then Impeach the Vice President. Never Give up just like dems did to Trump!!! Take many long Vacations just like the Democrats did.

Like · Reply · 8 · 3d


**Bjorn Olson**
So, you want our president to fail and you want pelosi to be president? Ok.

Like · Reply · 3d


**Ramona Maglone**
Bjorn Olson she has to be returned as head of house first I don't see that happening thank God

Like · Reply · 2d


**Michael Reynolds**
So, will anything actually be done to correct this via a recount? Is it possible that the dems knew all along that Biden "was sure to win...," so they kept him in the basement?

Like · Reply · 7 · 3d


**Ben Aust**
Regardless if it is human error or machine it is still a fraud.

Like · Reply · 11 · 3d



YOUR PERSONAL INFORMATION IS ONLINE. REMOVE IT TODAY.
OfficerPrivacy.com    Learn More

told....someone had to code to count the way it did.....this is a software thing

Like · Reply · 4 · 3d


**Steve Brown**

Bjorn Olson If programmed to do so intentionally it would be and that is probably how it happened.

Like · Reply · 2 · 2d

**Show 1 more reply in this thread**


**Mark A. Snyder**

Turns out it was human error, not a software glitch. So sorry, Trumpies. Your guy lost fair and square.

Like · Reply · 1 · 3d


**Eddie Garcia**

So its fraud then?

Like · Reply · 7 · 3d


**Jason Bateman**

Eddie Garcia No, it was involved with a software update to the ballots. Some machines had the update, while other ones didn't. When all the ballots for the counties were added together, the different fields from different updates caused an error and votes got distributed to different people. So Biden ended up getting about 6k more votes. This also happened in the highly populated suburb County of Detroit called Oakland which altered the results. Its incredibly frustrating to gather this information because either news organizations denied this happened or they didn't verify if a "bug" really did exist. The reality is somewhere in between but this means that all counties that use these voting machines must be validated that the same software updates existed in all their voting machines to definitively confirm or deny that their results are accurate.

Like · Reply · 4 · 3d


**Charlene Rose**

Jason Bateman funny how on glitch was because of software update but the other was from lack of update.

Like · Reply · 5 · 3d

**Show 7 more replies in this thread**


**Darryl Boone**

Jimmy Carter warned against absentee ballots. Now that it is done, faith and trust in American voting integrity is lost. Comrade Kamala will serve warm green tea and Xanax to President Biden. The squad will get about the business of seizing power. The U.S. Govt. will be weaponized again and unleashed on President Trump. They will threaten banks that loan Trump money. Weaponize the I.R.S. and audit Trump for the last 125 years. Charge him with income tax evasion. Seize Trump businesses and put the Donald in prison. I hope President Trump understands that revenge is coming. He should seek political asylum abroad. The night of the long knives is coming. Cancel culture is unleashed. Defunding police, Antifa and BLM are at the gates. May God bless the thin blue line. Nobody has your back in the Comrade Kamala squad. Our Boy's in Blue. We do so need you !

Like · Reply · 6 · 3d


**Jason Bateman**

Nick Mangiaracina Well Joe Biden did say we are headed for a "dark winter". Lol

Like · Reply · 3d


**Dave Elton**

Well if we look a little deeper, the DC lobbiest for Dominion Voting




**Ralph Webb**
Holy shit!!
Like · Reply · 3d


**Don Summers**
Ralph Webb
https://www.nytimes.com/2006/10/29/washington/29ballot.html
Like · Reply · 3d


**Rain Venus Ziemba**
Anyone else think this is completely bogus? In what time in the history do people just happen to find bags and bags and bags and bags of ballots for biden? biden doesn't have supporters, biden only has Trump haters.
Like · Reply · 9 · 4d · Edited


**Winson Thai**
Time to recount the votes. Stupid Biden hasn't really won yet.
Like · Reply · 9 · 4d


**Holland K Smith**
Ok
146,000-6000= 140,000 votes left for Biden.
Recount complete.

 Bio    Latest Posts

**Law Officer**

Law Officer is the only major law enforcement publication and website owned and operated by law enforcement. This unique facet makes Law Officer much more than just a publishing company but is a true advocate for the profession.

**Tags:** Dominion Voting Systems   glitch   Morgan County   Spalding County

## Related Posts

**Portland commissioner said most 911 calls are unnecessary, then calls 911 when Lyft cancels her ride**
NOVEMBER 11, 2020

**Nevada woman accused of killing baby daughters to harvest organs**
NOVEMBER 11, 2020

**Whistleblowers in Pennsylvania and Nevada stick to their accounts of witnessing voter fraud**
NOVEMBER 11, 2020

**Biden will enact 'National Police Oversight Board' in first 100 days**
NOVEMBER 11, 2020

**Biden coronavirus adviser discourages initial vaccine for every American, pushes to sell to other countries**
NOVEMBER 11, 2020


Pursued, crashed vehicle injuring Houston police sergeant in custody
NOVEMBER 11, 2020



**USAF Major General Charged With Sexual Assault**

 NOVEMBER 10, 2020

**Co-founder of BLM movement writes letter to team Biden: 'We want something for our vote'**

 NOVEMBER 10, 2020

**Unruly passenger strips down to underwear during flight, forces plane to divert**

 NOVEMBER 10, 2020



© 2020 Law Officer

**Navigate Site**

Home  /  About Us  /  Advertise  /  Contact  /  Privacy

**Follow Us**

