# Exhibit 4 to
# Declaration of James Bopp, Jr.
# Wall Street Journal Article

# Source:
https://www.wsj.com/articles/georgia-orders-hand-recount-in-presidential-race-11605111529

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/georgia-orders-hand-recount-in-presidential-race-11605111529

ELECTION 2020

# Georgia to Recount All Votes in Presidential Race by Hand

*Joe Biden holds a lead of a little over 14,000 votes out of almost five million cast*



Georgia Secretary of State Brad Raffensperger announcing the statewide recount Wednesday in Atlanta.
PHOTO: BRYNN ANDERSON/ASSOCIATED PRESS

By *Cameron McWhirter*
Updated Nov. 11, 2020 1:12 pm ET



Listen to this article
3 minutes

ATLANTA—Georgia Republican Secretary of State Brad Raffensperger ordered all of the state's 159 counties to conduct a hand recount and audit of all votes cast in the presidential race, an extraordinary step in an election with unprecedented high turnout.

For up-to-the-minute coverage of the 2020 elections, please see **WSJ's Live Updates**

As of Wednesday morning, Democratic nominee Joe Biden led President Trump by a little over 14,000 votes out of almost five million cast. If Mr. Biden is declared the winner, it will be the first time a Democratic presidential candidate has carried the state since 1992. Mr. Biden has won enough states in the Electoral College to become the president-elect, even without Georgia, according to Associated Press projections and elections results.

By state law, Mr. Raffensperger is required to certify the election by Nov. 20.

Mr. Raffensperger, who backed Mr. Trump in the election, was sharply criticized by Trump supporters who have claimed that the election was mismanaged, but offered no evidence to back up that claim. On Monday, Georgia GOP Sens. David Perdue and Kelly Loeffler, both facing runoff contests in which the support of Trump backers will be crucial, called on Mr. Raffensperger to resign.

"We will be counting every single piece of paper," Mr. Raffensperger said.

His decision follows a request by the Trump campaign's recount effort in Georgia that is headed by Republican Rep. Doug Collins, a close ally of the president.

As of Wednesday, 97 of the state's 159 counties had certified their votes, a task that was supposed to be completed by the end of this week.

It wasn't clear how soon the county boards of election, where staff members had been working nonstop since before the election, will be able to complete reviews of each paper ballot. Mr. Raffensperger, speaking outside the state capitol, said the by-hand recount will ensure a more accurate count, as opposed to a re-scanning of ballots through computers.

"This will help build confidence," he said. "It will be an audit, a recount and a re-canvas all at once. It will be a heavy lift, but we will work with the counties to get this done in time for a state certification."

Under Georgia law, candidates can ask for a recount if the margin of victory is less than 0.5%, but those recounts usually are a re-scanning of ballots, not by-hand reviews of each ballot. After this count and the election is certified, a candidate could still ask for such a recount, Mr. Raffensperger said.

This hand review of paper ballots is possible this year for the first time in decades because Georgia recently purchased new voting machines and installed them in response to

pressure from groups seeking to improve the voting system. The previous machines didn't provide paper records, so a hand recount wasn't possible.

## More on Election 2020

- **How Joe Biden Won the Election**
- **Biden and McConnell, Old Sparring Partners, Hold Key to Cooperation**
- **The Economy's Struggles Will Shape Biden's Presidency**
- **A Guide to Recount Rules**
- **Biden Gained, Trump Stalled in the Nation's Suburbs**
- **Black Americans Largely Rebuked Trump's Overtures**
- **Kamala Harris to Make History as First Female U.S. Vice President**
- **Why Democrats Lost So Many South Texas Latinos—the Economy**

**Write to** Cameron McWhirter at cameron.mcwhirter@wsj.com

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.