# Exhibit 5 to
# Declaration of James Bopp, Jr.
# National Pulse Article

# Source:

https://thenationalpulse.com/news/case-against-biden-win/



The National Pulse

NEWS, COMMENTARY, POLITICS

# CORTES: The Statistical Case Against Biden's Win

NOVEMBER 9, 2020 · STEVE CORTES

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**

## STATISTICS CONTINUE TO CAST REAL DOUBT ON THE PROBABILITY OF A PRESIDENT TRUMP LOSS IN THE ELECTION.

The statistical case is, admittedly, circumstantial rather than conclusive.



**Trump Flags Are Being Given Away for Free and Dems Hate It! ( Claim Yours Now )**
FoxWorthyNews

Everything you need

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**



**Why Elisha Cuthbert is Blacklisted from Hollywood**
Upbeat News



**Ohio Drivers with No DUI's Are Getting a Big Pay Day in November**
Smart Lifestyle Trends

But the numbers also firmly point to the intense improbability of the accuracy of the present Biden lead. The statistical case provides more than enough reasonable suspicion to require hand recounts and immediate investigation into fraudulent activities, including the new damning revelations of on-the-record whistleblowers.

There are four key elements to the numerical thesis:

## 1. TURNOUT

Clearly, high turnout was expected in an intensely political year with vastly expanded access to mail-in voting. But the kinds of numbers reported simply defy reasonable expectations.

For Wisconsin overall, the turnout was above 90% of registered voters. Even in a state with same-day registration, such a number seems implausible.

After all, in Australia, a place where voting is mandatory, and failing to vote is punishable with stiff fines, the total turnout for the most recent election was

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**

Even more importantly, looking within the Wisconsin vote, the decisive locale for Biden was, unsurprisingly, Milwaukee. Wisconsin's largest city reported an 84% turnout to secure a 145,916 vote lead there for Biden.

Consider a comparison to another very similar Midwestern city, Cleveland, OH. Milwaukee has a population of 590,000, 67% of them minorities. Cleveland has 381,000 people with 60% of them minorities.

But Milwaukee's 84% turnout dwarfs Cleveland's more believable 51% turnout rate. Like many of the suspect statistical trends evident from last Tuesday, the abnormal factors favoring Biden seem only present in the key swing states that Biden allegedly won.

## 2. OUTPERFORMANCE VS. OBAMA

The breakouts higher for Biden relative to Obama's performances in key areas simply do not seem credible.

Could a candidate as doddering and lazy as Biden really have massively outpaced the vote totals of a politician who boasted rock star appeal?

For example, consider that in key Pennsylvania counties of Chester, Cumberland, and Montgomery, Biden bested the Obama election performances by factors of 1.24-1.43 times. For Montgomery County, Obama won this swing county by 59,000 votes in his 2012 re-election.

But in 2020, Biden won Montgomery County by a whopping 131,000 votes, more than twice the prior Obama margin.

Biden's 2020 total vote in Montgomery is reported at 313,000, crushing

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**

Such eye-popping outperformance vs.Obama, in just the right places, naturally raises a lot of suspicion.

### 3. Biden-Only Ballots

Trump campaign legal counsel Sidney Powell reports that, nationwide, over 450,000 Biden-only ballots were cast, meaning the voter allegedly selected Biden but then neglected down-ballot candidates, including closely-contested Senate and House races.

Again, this phenomenon appears far more prominently in battleground states, raising the alarm for manipulation.

Why would so many people vote Biden—only in battleground Georgia, but not in deeply-red Wyoming, for instance?

In the Peach State, President Trump's vote total almost exactly tracked the vote totals for the Republican senate candidates, separated by merely 818 votes out of 2.43 million votes Trump earned there. But, Joe Biden saw an astounding surplus of 95,801 votes over the Democratic Senate candidates.

By comparison, in Wyoming Biden only registered a surplus "Biden-only" take of just 725 votes over the Democratic Senate candidate there, or about 1/4th his take in in Georgia, on a percentage basis.

The Biden-only ballots do not conclusively prove fraud, but they sure reek of something very amiss.

4. ABSENCE OF MAIL-IN VOTE VETTING

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**

Democratic governors clamored for massive amounts of mail-in voting, knowing full well that most states would become overwhelmed and wholly unable to establish the validity and legality of almost all the votes that poured in via mail.

In the case of Pennsylvania, Governor Wolf made such changes unilaterally, in stark violation of Pennsylvania law and in contradiction of the clear US Constitutional assignment of voting regulatory authority to state legislatures, not governors. Governor Wolf's election boards clearly just accepted the ballots… en masse, without appropriate vetting.

By their own admission, the scant 0.03% of rejected ballots represents a refusal rate that is just 1/30th the level of 2016 in Pennsylvania.

First-time mail-in voters typically see a rejection rate of about 3% historically, or 100 times the rejection rate of Pennsylvania in 2020.

When neighboring New York state moved to widespread mail-in voting this summer, their election officials rejected 21% of mailed ballots in June, representing a rate 700 times higher than Pennsylvania's.

This total lack of filtering or controls raises enormous suspicion regarding a seriously-tainted ballot pool in the Keystone State.

## RIGGED?

The statistical case, in isolation, does not prove fraud. But the confluence of highly unlikely results does, emphatically, paint of picture of utter improbability.

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**

Put all four together, and the result is a seemingly impossible statistical perfect storm.

To use a sports analogy, it would be a team pitching a perfect game in the World Series.

Not one game, nor two…but in all four games to "sweep" via pitching perfection.

Is it possible?

Theoretically, sure. Is it *probable*?

Hell no — and so, we must commence with a vigorous audit as the future of our republic hangs in the balance.

4K
SHARES         SHARE              TWEET



Steve Cortes

Steve Cortes serves as Senior Advisor for Strategy at the Trump 2020 campaign

**RECOMMENDED**

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**



### MD: Do This Immediately If You Have Acid Reflux (Watch)
Healthy Living Report



### Trump Flags Are Being Given Away For Free And Dems Hate It! ( Claim Yours Now )
FoxWorthyNews



### This Celeb Without Makeup Is Totally Un-Recognizable.Can You Guess This Celeb?
OBFeeds



### Why Elisha Cuthbert Is Blacklisted From Hollywood
Upbeat News

✴ **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**



NEWS, POLITICS

GOOGLE SEARCHES FOR 'ELECTION FRAUD PUNISHMENT,' 'JAIL' SKYROCKETED AHEAD OF THE ELECTION

NOVEMBER 9, 2020 · NATALIE WINTERS

VIEW POST

NEWS, POLITICS

DOMINION VOTE SYSTEM THAT FLIPPED TRUMP VOTES TO BIDEN WAS FLAGGED AS 'FRAGILE AND ERROR PRONE' IN 2019

NOVEMBER 10, 2020 · NATALIE WINTERS

VIEW POST

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**

## YOU MAY ALSO LIKE



### So Much For The Blue Wave.

ROB WASINGER



### Dominion Voting Systems Retains Obama 'Vote Protection Director' As Lobbyist

NATALIE WINTERS



### Dominion Vo... That Flipped Votes To Bi... Flagged As ... And Error P... 2019

NATALIE WI...

## TRENDING



### This Is The Investment Bible You Need (And It's



### Fitness Stars Of The 80s. This Is Them

☀️ **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**



### Greatest Drummers Of All Time Ranked 1-25

Ad by Upbeat News



### The Biggest Star Who's From Your State

Ad by Upbeat News



### Andy Griffith Ruined The Most Careers In Hollywood

Ad by Trend Chaser



### Celebrities From 80'S Who Went Through Insane Transformations!

Ad by Opinion Feeds



☀ **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**



🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**



## Subscribe

TOP HEADLINES DIRECT TO YOUR INBOX

Enter your email                                                    **SUBSCRIBE**

☐ BY CHECKING THIS BOX, YOU CONFIRM THAT YOU HAVE READ AND ARE AGREEING TO OUR TERMS OF USE REGARDING THE STORAGE OF THE DATA SUBMITTED THROUGH THIS FORM.

## The National Pulse

ABOUT US      PRIVACY POLICY

Edited by Raheem Kassam
Designed and Implemented by Wahagen Khabayan

🚨 **WE ARE UNDER ASSAULT** FROM BIG TECH TYRANTS. **TWITTER JUST SUSPENDED US**. IT IS URGENT THAT YOU HELP US REACH PEOPLE BY SUPPORTING OUR WORK. **CLICK HERE.**