# James Bopp, Jr. Admission Chart

| Name of State or Federal Bar/Court | Bar No. | Date Admitted | Status with Bar/Court |
|---|---|---|---|
| Indiana State Bar Indiana Supreme Court | No. 2838-84 | Oct. 10, 1973 | Active |
| ~~Ohio Supreme Court~~ | | ~~Renewed January 2015~~ | ~~Active~~ |
| U.S. Supreme Court | | Aug. 12, 1977 | Active |
| U.S. Court of Appeals for the D.C. Circuit | | June 28, 1999 | Active |
| U.S. Court of Appeals for the 1st Circuit | | Jan. 10, 1991 | Active |
| U.S. Court of Appeals for the 2nd Circuit | | Nov. 24, 1998 Renewed Nov. 17, 2010 Renewed Aug. 18, 2015 | Active |
| U.S. Court of Appeals for the 3rd Circuit | | Dec. 12, 2005 | Active |
| U.S. Court of Appeals for the 4th Circuit | | Oct. 28, 1996 | Active |
| U.S. Court of Appeals for the 5th Circuit | | Aug. 19, 1991 | Active |
| U.S. Court of Appeals for the 6th Circuit | | Dec. 18, 1995 | Active |
| U.S. Court of Appeals for the 7th Circuit | | July 15, 1977 | Active |
| U.S. Court of Appeals for the 8th Circuit | | June 19, 1994 | Active |
| U.S. Court of Appeals for the 9th Circuit | | July 13, 1994 | Active |
| U.S. Court of Appeals for the 10th Circuit | | Sept. 29, 1989 | Active |
| U.S. Court of Appeals for the 11th Circuit | | Sept. 29, 2014 | Active |
| U.S. District Court for the S.D. of Indiana | | Oct. 10, 1973 | Active |
| U.S. District Court for the N.D. of Indiana | | Jan. 18, 1974 | Active |
| U.S. District Court for the W.D. of Michigan | | Sept. 8, 1975 | Active |
| U.S. District Court for the District of Arizona | | March 31, 1998 | Active |
| U.S. District Court for the District of Colorado | | June 5, 2003 | Active |
| U.S. District Court for the E.D. of Wisconsin | | March 10, 2008 | Active |
| U.S. District Court for the W.D. of Wisconsin | | July 18, 2003 | Active |
| U.S. District Court for D.C. | No. CO0041 | June 5, 2006 | Active |
| U.S. District Court for the N.D. of Florida | | August 28, 2006 | Active |