# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

MELENA SUE SIEBERT

is a member of the bar of said Court since admission on May 15, 2018, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 10th day of November, 2020.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA