| | | |
|---|---|---|
| JAMES BOPP, JR.<br>jboppjr@aol.com<br>_____<br><br>MELENA S. SIEBERT<br>msiebert@bopplaw.com | **THE BOPP LAW FIRM, PC**<br>ATTORNEYS AT LAW<br><br>THE NATIONAL BUILDING<br>1 South Sixth Street<br>TERRE HAUTE, INDIANA 47807-3510<br>Telephone 812/232-2434   Facsimile 812/235-3685<br>www.bopplaw.com<br>_____ | |

November 13, 2020

Mr. Walker Prescott  
United States District Court for the  
Southern District of Georgia  

Re:  Rebecca Brooks, *et al.* v. Thomas Mahoney, III, in his official capacity as Chairman of the Chatham County Board of Elections, *et al.*  
Case No.: 4:20-cv-00281-RSB-CLR

Dear Mr. Prescott:

James Bopp, Jr. and Melena S. Siebert have both applied for *pro hac vice* admission in the above-referenced case. Neither Mr. Bopp nor Ms. Siebert have practiced in the United States District Court for the Southern District of Georgia prior to this request.

In addition, our local counsel will be submitting to the court federal court certificates of good standing for Mr. Bopp and Ms. Siebert forthwith.

Thank you for your consideration. Please do not hesitate to contact us with any further questions.

Sincerely,

THE BOPP LAW FIRM, PC

Melena S. Siebert