# United States District Court
## For the Southern District of Indiana



# CERTIFICATE OF GOOD STANDING

I, Roger A. G. Sharpe, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## MELENA SUE SIEBERT

was duly admitted and qualified as an Attorney and Counselor of said Court on the 15th Day of May A.D., 2018, and is in good standing as a member of the bar of said Court.

Furthermore, no pending disciplinary action is on record.

*Roger A.G. Sharpe*
Clerk of the United States District Court

By: *Reid E. Oli*
Deputy Clerk

Issued: November 12, 2020