In the United States District Court
For the Southern District of Georgia
Savannah Division

| | |
|---|---|
| **Rebecca Brooks**, **Stuart Abel, III**, **James Martin, III,** and **Nicole Martin**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**Thomas Mahoney III**, in his official capacity as Chairman of the Chatham County Board of Elections, **Marianne Heimes**, in her official capacity as a Board Member of the Chatham County Board of Elections, **Malinda Hodge**, in her official capacity as a Board Member of the Chatham County Board of Elections, **Antwan Lang**, in his official capacity as a Board Member of the Chatham County Board of Elections, **Debbie Rauers**, in her official capacity as a Board Member of the Chatham County Board of Elections, *et al.*<br><br>*Defendants* | Case No.: 4:20-cv-00281-RSB-CLR |

**Proposed Order**

Before the Court is Plaintiffs' Motion to Expedite. For good cause shown, the Plaintiffs' motion is GRANTED. Accordingly, this Court orders the following:

(1) All discovery requests and responses thereto, and all third party subpoenas and responses thereto shall be completed no later than November 18, 2020;

(2) A trial brief will be filed with the Court by all parties no later than one business day prior to the scheduled trial on the merits;

(3) A trial on the merits to be scheduled the week of November 23, 2020; and

(4) This Court will rule promptly on the matter after the trial on the matter.

Further, with respect to discovery, this Court orders:

(1) The provisions of Federal Rule of Civil Procedure 26(a)(1) requiring initial disclosure are waived and that initial disclosure need not be made;

(2) The requirements of Federal Rule of Civil Procedure 26(f) requiring parties to confer before initiating discovery are waived and that parties may begin discovery immediately pursuant to Federal Rule of Civil Procedure 26(d)(1);

(3) The requirements of Federal Rule of Civil Procedure 45(a)(4) of notice to all parties prior to serving third party subpoenas are waived and that parties are permitted to serve third party subpoenas immediately without prior notice; and

(4) Any local rule regarding requirements for preliminary pretrial conferences, pretrial conferences, and discovery plans are waived so that discovery may proceed forthwith.

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge