In the United States District Court
For the Southern District of Georgia
Savannah Division

| | |
|---|---|
| **Rebecca Brooks**, **Stuart Abel, III**, **James Martin, III**, and **Nicole Martin**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**Thomas Mahoney III**, in his official capacity as Chairman of the Chatham County Board of Elections, **Marianne Heimes**, in her official capacity as a Board Member of the Chatham County Board of Elections, **Malinda Hodge**, in her official capacity as a Board Member of the Chatham County Board of Elections, **Antwan Lang**, in his official capacity as a Board Member of the Chatham County Board of Elections, **Debbie Rauers**, in her official capacity as a Board Member of the Chatham County Board of Elections, *et al.*<br><br>*DefendantsDefendants* | Case No.: 4:20-cv-00281-RSB-CLR |

## Proposed Order

Before the Court is Plaintiffs' Motion to Expedite. For good cause shown, the Plaintiffs' request for a prompt scheduling conference to establish an expedited schedule is GRANTED. The scheduling conference will be held on _____ day of _____, 2020.

SO ORDERED this _____ day of _____, 2020.

_____

United States District Judge