# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| John E. Triplett<br>Acting Clerk | OFFICE of the CLERK<br>P.O. Box 8286<br>SAVANNAH, GEORGIA  31412 | (912)650-4020 |
|---|---|---|

### NOTICE of FILING DEFICIENCY

To:  JAMES BOPP, Jr.                                          Date: 11/12/2020
Case:  4:20-cv-281                                            Party: Plaintiffs

Your pleading, __Documents 4, Motion for pro hac vice_____,

was filed on __11/12/20____, but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)      or      [ ☒ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
   ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐ b. No good faith document was submitted. (L.R. 26.5)
   ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. Other:

   Certificate of Good Standing must be from a FEDERAL COURT.  Also, Need a list of Prior cases practiced in with the SDGA as instructed by the pro hac vice form.



After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  _____
                                                                   Deputy Clerk