# United States District Court
## Southern District of Georgia

Brooks, et al.

Plaintiff

v. Mahoney, et al.

Defendant

Case No. 4:20-cv-00281-RSB-CLR

Appearing on behalf of: The Democratic Party of Georgia

(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Marc E. Elias__ hereby requests permission to appear pro hac vice in the subject case filed in the __Savannah__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __District of Columbia (#442007)__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Todd M. Baiad__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __13__ day of __November__, __2020__.

(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Todd M. Baiad__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __13__ day of __Nov__, __2020__.

__031605__
Georgia Bar Number

__(912) 232-7000__
Business Telephone

Signature of Local Counsel

__BOUHAN FALLIGANT, LLP__ (Law Firm)
__One West Park Avenue (31401)__ (Business Address)
__Savannah, GA 31402__ (City, State, Zip)
__P.O. Box 2139, Savannah, GA 31402-2139__ (Mailing Address)
__tmbaiad@bouhan.com__ (Email Address)