# United States District Court
## *Southern District of Georgia*

Brooks, et al.

_____
Plaintiff

v.

Mahoney, et al.

_____
Defendant

Case No. __4:20-cv-00281-RSB-CLR__

Appearing on behalf of

__The Democratic Party of Georgia__
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Marc E. Elias |
| Business Address: | Perkins Coie, LLP |
| | Firm/Business Name |
| | 700 Thirteenth St NW |
| | Street Address |

| Suite 800 | Washington | DC | 20005 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 202-654-6200 | |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: melias@perkinscoie.com