


**The United States of America**

District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court, certify that

**Amanda R. Callais**

was duly admitted and qualified to practice as an attorney in the District Court on the 13th day of October, 2020.

In testimony whereof, I sign my name and affix the seal of this court, on this 13th day of October, 2020.

Jeffrey P. Colwell
Clerk