# United States District Court
## *Southern District of Georgia*

Brooks, et al.

_____
Plaintiff

v.

Mahoney, et al.

_____
Defendant

Case No. 4:20-cv-00281-RSB-CLR

Appearing on behalf of
The Democratic Party of Georgia
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Amanda R. Callais |
| Business Address: | Perkins Coie LLP |
| | Firm/Business Name |
| | 700 13th Street NW, Suite 800 |
| | Street Address |
| | Washington    DC    20005 |
| | Street Address (con't)   City   State   Zip |
| | n/a |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 202-654-2000                         n/a |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | ACallais@perkinscoie.com |