# United States District Court

## *Southern District of Georgia*

Brooks, et al.
_____
Plaintiff

Case No.   4:20-cv-00281-RSB-CLR

v. Mahoney, et al.
_____
Defendant

Appearing on behalf of : _____

The Democratic Party of Georgia
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Amanda J. Beane_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Savannah_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Eastern District of Washington_____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Todd M. Baiad_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __13th__ day of __November__ , __2020__ .

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Todd M. Baiad_____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __13__ day of __Nov__ , __2020__ .

031605
Georgia Bar Number

_____
Signature of Local Counsel

(912) 232-7000
Business Telephone

BOUHAN FALLIGANT, LLP           (Law Firm)
One West Park Avenue (31401)    (Business Address)
Savannah, GA 31402              (City, State, Zip)
P.O. Box 2139, Savannah, GA 31402-2139  (Mailing Address)
tmbaiad@bouhan.com              (Email Address)