AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

## CERTIFICATE OF GOOD STANDING

I, _____ Sean F. McAvoy _____, Clerk of this Court,

certify that _____ Amanda J. Beane _____, Bar # _____ 33070 _____,

was duly admitted to practice in this Court on _____ 09/11/2003 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Spokane, Washington _____ on _____ 11/13/2020 _____
*(Location)* *(Date)*

9:58 am, Nov 13, 2020

Sean F. McAvoy
*CLERK*

*Allison S. Yates*
*DEPUTY CLERK*