# United States District Court
## Southern District of Georgia

Brooks, et al.

_____  Case No.  4:20-cv-00281-RSB-CLR
Plaintiff

v.

Mahoney, et al.                 Appearing on behalf of
                                The Democratic Party of Georgia
_____   _____
Defendant                             (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER: Amanda J. Beane

Business Address: Perkins Coie LLP
Firm/Business Name

1201 Third Avenue
Street Address

Suite 4900 | Seattle | WA | 98101
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(206) 359-3985
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: ABeane@perkinscoie.com