# United States District Court

## Southern District of Georgia

Brooks, et al.

_____
Plaintiff

v. Mahoney, et al.

_____
Defendant

Case No. ___4:20-cv-00281-RSB-CLR___

Appearing on behalf of : _____

___The Democratic Party of Georgia___
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, ___Kevin J. Hamilton___ hereby requests permission to appear pro hac vice in the subject case filed in the ___Savannah___ Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ___Washington State (#15648)___. ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates ___Todd M. Baiad___ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This ___13th___ day of ___November___, ___2020___.

_____
(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ___Todd M. Baiad___, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This ___18___ day of ___Nov___, ___2020___.

___031605___
Georgia Bar Number

___(912) 232-7000___
Business Telephone

_____
Signature of Local Counsel

___BOUHAN FALLIGANT, LLP___ (Law Firm)
___One West Park Avenue (31401)___ (Business Address)
___Savannah, GA 31402___ (City, State, Zip)
___P.O. Box 2139, Savannah, GA 31402-2139___ (Mailing Address)
___tmbaiad@bouhan.com___ (Email Address)