# United States District Court
## Southern District of Georgia

Brooks, et al.

_____
Plaintiff

v.

Mahoney, et al.

_____
Defendant

Case No. 4:20-cv-00281-RSB-CLR

Appearing on behalf of

The Democratic Party of Georgia
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Kevin J. Hamilton |
| Business Address: | Perkins Coie LLP |
| | *Firm/Business Name* |
| | 1201 Third Avenue |
| | *Street Address* |
| | 49th Floor / Seattle / WA / 98101 |
| | *Street Address (con't) / City / State / Zip* |
| | *Mailing Address (if other than street address)* |
| | *Address Line 2 / City / State / Zip* |
| | (206) 359-8741 |
| | *Telephone Number (w/ area code) / Georgia Bar Number* |
| Email Address: | khamilton@perkinscoie.com |