**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| Rebecca Brooks, et al., <br><br>       Plaintiffs, <br><br>v. <br><br>Thomas Mohoney III, et al., <br><br>       Defendants. | CIVIL ACTION NO. 20-cv-00281 |

**REQUEST FOR ORAL ARGUMENT ON PENDING MOTIONS**

Pursuant to Local Civil Rule 7.2, the Democratic Party of Georgia ("DPG"), requests oral argument on its pending Motion to Intervene, ECF No. 10, Motion to Dismiss Plaintiffs' Complaint in its entirety, ECF No. 15, and Plaintiffs' Motion to Expedite, ECF No. 6. DPG believes that 90 minutes of oral argument, 30 minutes per side, would be adequate and helpful to the Court.

Dated: November 13, 2020.  Respectfully submitted,

/s/ TODD M. BAIAD
Todd M. Baiad
Georgia Bar No: 031605
Lucas D. Bradley
Georgia Bar No: 672136
BOUHAN FALLIGANT LLP
One West Park Avenue (31401)
P.O. Box 2139
Savannah, GA 31402-2139
Telephone: (912) 232-7000
Facsimile: (912) 233-0811
tmbaiad@bouhan.com
ldbradley@bouhan.com

Halsey G. Knapp, Jr.
Georgia Bar No. 425320

Joyce Gist Lewis
Georgia Bar No. 296261
KREVOLIN & HORST, LLC
One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700
hknapp@khlawfirm.com
jlewis@khlawfirm.com

Marc E. Elias*
Amanda R. Callais*
Alexi M. Velez*
Emily R. Brailey*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200
melias@perkinscoie.com
acallais@perkinscoie.com
avelez@perkinscoie.com
ebrailey@perkinscoie.com

Kevin J. Hamilton*
Amanda J. Beane*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
khamilton@perkinscoie.com
abeane@perkinscoie.com

Gillian C. Kuhlmann*
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-3900
gkuhlmann@perkinscoie.com

Matthew J. Mertens
Georgia Bar No: 870320
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: (503) 727-2000

- 3 -

*Counsel for Proposed Intervenor-Defendant*

*\* Pro Hac Vice Application Pending*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the November 13, 2020, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

<div style="margin-left:40%">

/s/ TODD M. BAIAD
Todd M. Baiad
Georgia Bar No:  031605
BOUHAN FALLIGANT LLP
One West Park Avenue (31401)
P.O. Box 2139
Savannah, GA 31402-2139
Telephone: (912) 232-7000
Facsimile: (912) 233-0811
tmbaiad@bouhan.com

</div>