In the United States District Court
For the Southern District of Georgia
Savannah Division

**Rebecca Brooks**, **Stuart Abel, III,**
**James Martin, III,** and **Nicole Martin,**

      *Plaintiffs,*

  *v.*

**Thomas Mahoney III**, in his official capacity as Chairman of the Chatham County Board of Elections, **Marianne Heimes**, in her official capacity as a Board Member of the Chatham County Board of Elections, **Malinda Hodge**, in her official capacity as a Board Member of the Chatham County Board of Elections, **Antwan Lang**, in his official capacity as a Board Member of the Chatham County Board of Elections, **Debbie Rauers**, in her official capacity as a Board Member of the Chatham County Board of Elections**,** *et al.*

      *Defendants*

Case No.: 4:20-cv-00281-RSB-CLR

## Plaintiffs' Notice of Voluntary Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the above-captioned action. Such dismissal is without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides for voluntary dismissal by a plaintiff without a court order where "defendants have neither answered nor moved for summary judgment[.]" In the above-captioned case, no

**Pls.' Vol. Dismissal**      1

named Defendant has answered or filed for summary judgment.

Date: November 16, 2020	Respectfully Submitted,
/s/ Ray Smith, III
Attorney Bar Number, GA 662555
SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone: 404-760-6000
E-Mail: rsmith@smithliss.com

*Local Counsel for Plaintiffs*

James Bopp, Jr.
Attorney Bar Number, IN 2838-84*
*Lead Counsel for Plaintiffs*
Melena S. Siebert
Attorney Bar Number, IN 35061-15*
True the Vote, Inc.
Validate the Vote Project
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434
E-Mail: jboppjr@aol.com

*\* Pro Hac Vice forthcoming*

**Pls.' Vol. Dismissal**          2

# Certificate of Service

I hereby certify that on November 16, 2020, I caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with the United States District Court for the Southern District of Georgia, Savannah Division, via the Court's CM/ECF system. I also hereby certify that I caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be served via email upon:

**Chatham County, GA Board of Elections**

Chatham County Board of Elections
1117 Eisenhower Dr., Ste. F
Savannah, GA 31406

Thomas Mahoney III, Chairman, tmahoney@tmahoneylaw.com;
Marianne Heimes, Board Member, mjheimes@aol.com;
Malinda Hodge, Board Member, hodgemalinda@aol.com;
Debbie Rauers, Board Member, drauers@aol.com;
Antwan Lang, Board Member
County Attorney: R. Jonathan Hart, Rjhart@chathamcounty.org
(Board of Elections did not have Mr. Antwan Lang's email on file; County Attorney R. Jonathan Hart was served via email)

**DeKalb County Board of Registrations and Elections**

DeKalb County Government Offices
1300 Commerce Dr.
Decatur, GA 30030

Anthony Lewis, Board Member, antlewis@dekalbcountyga.gov;
Susan Motter, Board Member, smotter@dekalbcountyga.gov;
Dele Lowman Smith, Board Member, dlsmith@dekalbcountyga.gov;
Samuel E. Tillman, Board Chair, setillman@dekalbcountyga.gov;
Becky Vu, Board Member, baokyvu@dekalbcountyga.gov;
County Attorney: Viviane H. Ernstes, vernstes@dekalbcountyga.gov

## Certificate of Service (cont'd)

**Fulton County Registration and Elections Board**

Fulton County Government Address:
141 Pryor St. SW
Atlanta, GA 30303

Mary Carole Cooney, Chairperson, mccooney@mindspring.com;
Vernetta Keith Nuriddin, Vice Chair, vernettanuriddin@live.com
Kathleen Ruth, Member, drkayruth@icloud.com;
Aaron Johnson, Member, aaronvjohnson@yahoo.com;
Mark Wingate, Member wingate01md@gmail.com;
County Attorney: Patrise M. Perkins-Hooker patrise.perkins-hooker@fultoncountyga.gov

**Clayton County, GA Board of Elections and Registration**

Elections and Registration
Jonesboro Historical Courthouse - Main Floor
121 S. McDonough St.
Jonesboro, GA 30236

Carol Wesley, Chair ccwesley7@gmail.com;
Dorothy Foster Hall, Vice Chair, hallfosterd@hotmail.com;
Patricia Pullar, Member, pat.pullar@gmail.com;
Darlene Johnson, Member, ddgirl533@gmail.com;
Diane Givens, Secretary, dianegivens3@gmail.com;
County Attorney: Charles Reed, charles.reed@claytoncountyga.gov

## Certificate of Service (cont'd)

**Gwinnett County, GA Board of Registrations and Elections**
Gwinnett Justice & Administration Center
75 Langley Dr.
Lawrenceville, GA 30046

John Mangano, Chairman, john.mangano@gwinnettcounty.com;
Ben Satterfield, Vice Chairman, ben.satterfield@gwinnettcounty.com;
Wandy Taylor, Member, wandy.taylor@gwinnettcounty.com;
Stephen W. Day, Member, stephen.day@gwinnettcounty.com;
Alice O'Lenick, Member, alice.olenick@gwinnettcounty.com;
County Attorney: Mike Ludwiczak, mike.ludwiczak@gwinnettcounty.com

**Cobb County, GA Board of Elections and Registration**
736 Whitlock Ave. NW, Ste. 400
Marietta, GA 30064

Attorneys for the Cobb Board:

Greg Litchfield, gel@hlcwlaw.com
Dan White, **dwhite@hlcwlaw.com**

**Richmond County, GA Board of Elections**

Richmond County Board of Elections
535 Telfair St., Ste. 500
Augusta, GA 30901

Tim McFalls, Chairperson
Sherry T. Barnes, Vice Chair
Marcia Brown, Secretary
Terence Dicks, Board Member
Bob Finnegan, Board Member

Individual Board Member email addresses not published; all filings sent to the Richmond County Attorney, Wayne Brown at: wbrown@augustaga.gov

**Pls.' Vol. Dismissal**            5

{00583849. }

## Certificate of Service (cont'd)

**Henry County, GA Board of Elections and Registration**
Henry County Administration Building
140 Henry Pkwy.
McDonough, GA 30253

Donna Morris-McBride, Chair, dmcbride@co.henry.ga.us;
Andy Callaway, Co-Chair, ccallaway@co.henry.ga.us;
Arch Brown, Board Member, archbrown@co.henry.ga.us;
Mildred Schmelz, Board Member, mschmelz@co.henry.ga.us;
County Attorney: Patrick Jaugstetter (Jarrard & Davis, L.L.P.), patrickj@jarrard-davis.com

Secretary of State Brad Raffensperger – brad@sos.ga.gov and soscontact@sos.ga.gov
214 State Capitol
Atlanta, Georgia 30334
Governor Brian Kemp – brian.kemp@georgia.gov
206 Washington St., Ste. 203
State Capitol
Atlanta, GA 30334

Attorney General Chris Carr – ccarr@georgia.org and ccarr@law.ga.gov
40 Capitol Square, SW
Atlanta, GA 30334

/s/ James Bopp, Jr.
James Bopp, Jr.
Lead Counsel for Plaintiffs