**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| REBECCA BROOKS; et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 4:20-cv-281 |
| v. | |
| THOMAS MAHONEY, III, in his official capacity as Chairman of the Chatham County Board of Elections; et al., | |
| Defendants. | |

**O R D E R**

Plaintiffs filed their Complaint initiating this action against more than forty defendants on November 11, 2020.  (Doc. 1.)  Prior to any defendant having appeared, answered or filed any sort of motion, Plaintiffs have filed a Notice of Voluntary Dismissal of the case without prejudice. (Doc. 20.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court authorizes and directs the Clerk of Court to **TERMINATE** all pending motions and to **DISMISS** this case **WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of November, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA